

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>DANIEL A. ARROYO<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-mj-5427<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _the defendant_____, IT IS ORDERED that a detention hearing is set for _Thursday, October 26_____, _2023_____, at _1:30_____ ☐ a.m. / ☒ p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _October 20, 2023_____

Hon. Karen L. Stevenson
Chief U.S. Magistrate Judge